NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  LAKE MATHEWS MINERAL
PROPERTIES, LTD.,

          Debtor,

_____

PAUL MERRITT,

          Appellant,

   v.

LAKE MATHEWS MINERAL
PROPERTIES, LTD.; ELISSA D. MILLER,
Trustee,

          Appellees.

No. 18-55646

D.C. No. 2:17-cv-07861-CJC

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted April 17, 2019**

Before:    McKEOWN, BYBEE, and OWENS, Circuit Judges.

_____

          *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

          **   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Paul Merritt appeals pro se from the district court's order dismissing as untimely his appeal from various orders in Lake Mathews Mineral Properties, LTD.'s bankruptcy court proceedings. We review de novo our own jurisdiction. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (In re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss for lack of jurisdiction.

We lack jurisdiction because Merritt did not file a timely notice of appeal from any bankruptcy court order that he sought to appeal. *See* Fed. R. Bankr. P. 8002(a) (14-day time limit to file notice of appeal); Fed. R. Bankr. P. 9022(a) ("Lack of notice of the entry does not affect the time to appeal or relieve or authorize the court to relieve a party for failure to appeal within the time allowed, except as permitted in Rule 8002."); *Anderson v. Mouradick (In re: Mouradick)*, 13 F.3d 326, 327 (9th Cir. 1994) (Rule 8002(a)'s time limits are jurisdictional and the untimely filing of a notice of appeal deprives the appellate court of jurisdiction to review the bankruptcy court's order).

Merritt's motion to supplement the record (Docket Entry No. 7) is denied.

**DISMISSED.**